**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-02593-CMA-STV

MICKEY HOWARD,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

_____

**STIPULATION FOR DISMISSAL**
_____

In accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Mickey Howard, by and through counsel, Rebecca T. Wallace of the American Civil Liberties Union Foundation of Colorado, and Defendant, City and County of Denver, Colorado, by and through counsel, Lauren Schmidt of the Denver City Attorney's Office of the City and County of Denver, Colorado, stipulate and agree to the dismissal of this action with prejudice of all claims against Defendant in the above-captioned matter, with each party to bear his or its own attorney fees and costs.

Respectfully submitted this 30th day of January, 2019.

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO | DENVER CITY ATTORNEY'S OFFICE OF THE CITY AND COUNTY OF DENVER, COLORADO |
| *s/ Rebecca T. Wallace* | *s/ Lauren Schmidt* |
| _____ | _____ |
| Rebecca T. Wallace<br>Mark Silverstein<br>ACLU Foundation of Colorado | Lauren Schmidt<br>Michele Horn<br>Denver City Attorney's Office |

303 E. 17th Ave., Suite 350
Phone: (303) 777-5482
Fax: (303) 777-1773
rtwallace@aclu-co.org
msilverstein@aclu-co.org

David Maxted
Haddon, Morgan and Foreman, P.C.
150 E. 10th Ave
Denver, CO 80203
Phone: (303) 831-7364
Fax: (303) 832-2628
Email: dmaxted@hmflaw.com

*In cooperation with the ACLU Foundation of Colorado*

*Attorneys for Plaintiff*

201 W. Colfax Ave.
Denver, CO 80202
lauren.schmidt@denvergov.org
michele.horn@denvergov.org

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2019, I filed the foregoing **STIPULATION FOR DISMISSAL** via CM/ECF, and the CM/ECF system will send notification to the following:

Lauren Schmidt
Lauren.schmidt@denvergov.org

Michele Horn
Michele.horn@denvergov.org

David Maxted
dmaxted@hmflaw.com
Haddon, Morgan and Foreman, P.C.

*s/ Jessica Howard*

_____
Jessica Howard
Paralegal